# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NGOC HUNG TA,**
**A# 047-752-026,**

    Petitioner,

vs.                                        Case No. 4:20cv324-TKW-MAF

**WILLIAM P. BARR, et al.,**

    Respondents.
_____/

## ORDER and REPORT AND RECOMMENDATION

On August 18, 2018, an Order, ECF No. 8, was entered granting Respondents' motion to consolidate two petitions filed by Petitioner, ECF No. 7. This case has been consolidated with case number 4:20cv344-MW-MAF. ECF No. 8.

That motion was filed on August 14, 2020, ECF No. 7. However, on August 18, 2020, Respondents filed a motion to dismiss the petition as moot, ECF No. 9, followed immediately on that same day with an amended motion to dismiss the petition as moot, ECF No. 10. This motion now advises that Petitioner "was released from ICE custody on August 11,

2020, with conditions of supervision." ECF No. 10. Thus, Respondents request that Petitioner's case be dismissed as moot since Petitioner has received the relief requested. *Id.* at 2.

Petitioner alleged in the petition that Respondents were unable to remove him to Vietnam, and sought release from "his continued unlawful indefinite detention." ECF No. 1 at 3. Because Petitioner has been afforded the relief sought in the petition and is no longer in custody, the petition, ECF No. 1, should now be dismissed as moot.

The amended motion to dismiss contains a certificate of service indicating the motion was furnished to Petitioner at an address in Jacksonville, Florida. ECF No. 10 at 3. The Clerk of Court is required to mail this Order and Report and Recommendation to Petitioner at that address. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

## **ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Order and Report and Recommendation to Petitioner at 3700 Toledo Road, Apt. 143 in Jacksonville, Florida 32217, *see* ECF No. 10 at 3, and his address of record.

Case No. 4:20cv324-TKW-MAF

## REPORT AND RECOMMENDATION

It is respectfully **RECOMMENDED** that the amended motion to dismiss, ECF No. 10, be **GRANTED**, and the § 2241 petitions filed by Ngoc Hung Ta be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on August 26, 2020.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**