UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TA NGOC HUNG,**

    Petitioner,

v.                                        Case No. 4:20cv324-TKW-MAF

**WILLIAM P. BARR, et al.,**

    Respondents.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this is due to be dismissed as moot. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondents' amended motion to dismiss (Doc. 10) is **GRANTED**, and this case is **DISMISSED as moot**.

3. The Clerk shall close the file.

**DONE and ORDERED** this 25th day of September, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**